E-FILED
Friday, 10 January, 2025 02:01:25 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| CHERYLYNN BARNHILL, <br><br> Plaintiff, <br><br> v. <br><br> KEDPLASMA, LLC, <br><br> Defendant. | Case No. |

### DECLARATION OF FEDERICO LATINI

I, Federico Latini, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is truthful and accurate:

1. I am over the age of 18 years, competent to make this Declaration.

2. I have personal knowledge of the facts stated herein or have knowledge of such facts based on my review of the business records and files of KEPDLASMA, LLC ("KEDPLASMA" or "Defendant"), in the above-titled action.

3. I hold the position of Chief Executive Officer for KEDPLASMA LLC. I have held this position since December 31, 2022. Due to my position as Chief Executive Officer I am knowledgeable of KEDPLASMA's business operations. I make this Declaration in support of Defendant's Notice of Removal. I have personal knowledge of the facts set forth in this declaration, based on my capacity as Chief Executive Officer.

4. In my capacity as Chief Executive Officer, I am readily familiar with the corporate structure of KEDPLASMA. KEDPLASMA is incorporated under the laws of the State of Delaware and its principal place of business and headquarters is in the State of New Jersey.

2

5.  I have read the complaint filed by the plaintiff, Cherylynn Barnhill ("Plaintiff"), in this case entitled *Cherylynn Barnhill v. KEDPlASMA, LLC.*, Case No. 2024LA000173.

**PURSUANT TO 28 U.S.C. § 1746, I VERIFY UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.**

DATED:  January 10, 2025

By: *[signature]*
Name: Federico Latini
Title: CEO

2