# EXHIBIT D

# STATE OF ILLINOIS
## IN THE SIXTH CIRCUIT COURT OF THE JUDICIAL CIRCUIT
## COUNTY OF CHAMPAIGN

| | |
|---|---|
| **CHERYLYNN BARNHILL,**<br><br>               Plaintiff,<br><br>   v.<br><br>**KEDPLASMA, LLC,**<br><br>               Defendant. | No. 2024LA000173<br><br>**DEFENDANT'S NOTICE TO STATE COURT OF FILING OF NOTICE OF REMOVAL** |

TO:    Susan W. McGrath, Clerk of the Circuit Court
          Sixth Circuit Court of Champaign County, Illinois
          101 East Main Street
          Urbana, IL 61801

**PLEASE TAKE NOTICE** that on January 10, 2025, Defendant KEDPLASMA, LLC filed a Notice of Removal with the United States District Court for the Central District of Illinois.

A copy of the said Notice of Removal is attached hereto.

Dated: January 10, 2025                  Respectfully submitted,

                                                KEDPLASMA, LLC

                                                By: */s/ Lucy Bednarek*
                                                      One of Its Attorneys

Lucy Bednarek (#6269389)
lbednarek@littler.com
Littler Mendelson, P.C.
321 North Clark Street, Suite 1100
Chicago, IL 60654
(T): 312.372.5520
(F): 312.372.7880

4926-6018-8429

-2-

## CERTIFICATE OF SERVICE

    I, Lucy Bednarek, an attorney, hereby certify that on January 10, 2025, I caused a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Sixth Circuit Court of Champaign County, Illinois, and served via email upon the counsel listed below:

Michael Fenger
Kraft, Wood & Kelly, LLC
207 West Jefferson Street
Suite 200
Bloomington, IL 61701
kwk@kwklawyers.com

                                                      By: */s/ Lucy Bednarek*
                                                         Lucy Bednarek

p

4926-6018-8429