E-FILED
Friday, 10 January, 2025  02:01:26 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT E

# STATE OF ILLINOIS
## IN THE SIXTH CIRCUIT COURT OF THE JUDICIAL CIRCUIT
### COUNTY OF CHAMPAIGN

| | |
|---|---|
| **CHERYLYNN BARNHILL,** <br><br> Plaintiff, <br><br> v. <br><br> **KEDPLASMA, LLC,** <br><br> Defendant. | No. 2024LA000173 <br><br> **DEFENDANT'S NOTICE TO STATE COURT OF FILING OF NOTICE OF REMOVAL** |

TO:   Michael Fenger
Kraft, Wood & Kelly, LLC
207 West Jefferson Street
Suite 200
Bloomington, IL 61701
kwk@kwklawyers.com

**PLEASE TAKE NOTICE** that on January 10, 2025, Defendant KEDPLASMA, LLC filed its Notice of Removal with the United States District Court for the Central District of Illinois. Pursuant to 28 U.S.C. § 1446(d), a true and accurate copy of the said Notice of Removal is attached hereto.

Dated: January 10, 2025

Respectfully submitted,

KEDPLASMA, LLC

By: */s/ Lucy Bednarek*
     One of Its Attorneys

Lucy Bednarek (#6269389)
lbednarek@littler.com
Littler Mendelson, P.C.
321 North Clark Street, Suite 1100
Chicago, IL 60654
(T): 312.372.5520
(F): 312.372.7880

4902-4558-0045

-2-

**CERTIFICATE OF SERVICE**

I, Lucy Bednarek, an attorney, hereby certify that on January 10, 2025, I caused a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court, using the Court's CM/ECF system :

Michael Fenger
Kraft, Wood & Kelly, LLC
207 West Jefferson Street
Suite 200
Bloomington, IL 61701
kwk@kwklawyers.com

By: */s/ Lucy Bednarek*
     Lucy Bednarek

-2-